1 | JOHN L. BURRIS, Esq., SBN 69888
2 | BEN NISENBAUM, Esq. SBN 222173
  | LAW OFFICES OF JOHN L. BURRIS
3 | Airport Corporate Center
  | 7677 Oakport Street, Suite 1120
4 | Oakland, California 94621
  | Telephone: (510) 839-5200 Facsimile: (510) 839-3882
5 | John.Burris@johnburrislaw.com

6 | Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VIRAMONTES, individually and as Successor-in-Interest for Decedent JUAN CARLOS RUELAS, | Case No.: 5:15-cv-05393 RMW |
| Plaintiffs, | **NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

DANIEL VIRAMONTES v. UNITED STATES OF AMERICA              1
NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to the execution of the settlement agreement between Plaintiff DANIEL VIRAMONTES and Defendant UNITED STATES OF AMERICA, Plaintiff DANIEL VIRAMONTES hereby dismisses the instant action with prejudice.

                                                Respectfully submitted,
                                                **The Law Offices of John L. Burris**

Dated: May 18, 2016                    <u>s/ Ben Nisenbaum</u>
                                            Ben Nisenbaum, Esq.

**ORDER**

Pursuant to Plaintiff's Notice of Dismissal, the Court hereby dismisses the instant-action with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 5/24/2016                     _____
                                            Hon. Ronald M. Whyte
                                            UNITED STATES DISTRICT JUDGE

DANIEL VIRAMONTES v. UNITED STATES OF AMERICA      2
NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER